parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Kermit BARBER, Appellant.**

**No. ED 79572.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 28, 2001.

Kermit Barber, Jefferson City, MO, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen. Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN and LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

Kermit Barber, Appellant, appeals from the judgment denying his "Motion to Correct Manifest Injustice Pursuant to Supreme Court Rule 29.07(d)." We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum for the use of the